**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Frank Kasper, Jr.,**

**Plaintiff,**

**v.**

**LinuxMall.com, Inc., David Shaw, and Mark Bolzern,**

**Defendants.**

**Civil No. 00-2019 (ADM/SRN)**

**REPORT AND RECOMMENDATION**

---

Steve Carlson, Esq., and Barbara Olson, Esq. on behalf of Plaintiff.

Michael Hoffman, Esq. on behalf of Defendants.

---

SUSAN RICHARD NELSON, United States Magistrate Judge

The above-entitled matter was heard by the undersigned United States Magistrate Judge on April 10, 2001, to discuss the calculation of damages and the establishment of a future payment schedule.[1] The parties have agreed to the attached payment schedule, with one change. The March 31, 2001, installment is agreed to be $185,500, and not $187,500 as listed on the schedule. This $2,000 change also alters the figures in the March 31, 2001 subtotal and the grand total amount.

---

[1]On February 23, 2001, United States District Judge Ann D. Montgomery granted in part and denied in part Defendants' Motion to Dismiss and granted in part and denied in part Plaintiff's Partial Summary Judgment Motion. (Doc. No. 23.) In that Order, Judge Montgomery ordered the parties to meet with the undersigned Magistrate Judge if the parties were unable to stipulate to damage calculations or establish a future payment schedule. (Id.)

FILED APR 11 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

**THEREFORE, IT IS HEREBY RECOMMENDED:**

That judgment be entered with the amounts due as outlined in the attached schedule.

Dated: April 11, 2001.

SUSAN RICHARD NELSON
United States Magistrate Judge

Pursuant to Local Rule 72.1(c)(2), any party may object to this Report and Recommendation within 10 days after being served with a copy thereof. The objecting party must file with the Clerk of the Court and serve on all parties, written objections which specifically identify the portions of the proposed findings, recommendations, or report to which objection is being made, and a brief in support thereof. A party may respond to the objecting party's brief within ten days after service thereof. Failure to comply with this procedure may operate as a forfeiture of the objecting party's right to seek review in the Court of Appeals.

Payments due Frank Kasper from Linuxmall as of 03/31/01

| Installment | Date Due | Item | Amount | | | |
|---|---|---|---|---|---|---|
| 1 | 3/31/01 | Salary | $187,500.00 | $187,500.00 | | ----> $185,500.00 |
| | | Accrued Vacation | $2,596.32 | $2,596.32 | | |
| | | Accrued Sick Days | $705.33 | $705.33 | | |
| | | Auto Allowance | $11,250.00 | 6000 | | |
| | | Life Insurance | $5,683.51 | 3819.15 | | |
| | | Health Insurance | $3,074.94 | $3,074.94 | | |
| | | Sprint PCS Expense | $42.67 | $42.67 | | |
| | | Total | $211,852.77 | | $203,738.41 | ----> $201,738.41 |
| 2 | 4/30/01 | Salary | $20,833.33 | $20,833.33 | | |
| | | Accrued Vacation | $288.48 | $288.48 | | |
| | | Accrued Sick Days | $78.37 | $78.37 | | |
| | | Auto Allowance | $1,250.00 | $750 | | |
| | | Life Insurance | $742.81 | $424.35 | | |
| | | Health Insurance | $341.66 | $341.66 | | |
| | | Sprint PCS Expense | $4.74 | $4.74 | | |
| | | Total | $23,539.19 | | $22,720.93 | |
| 3 | 5/31/01 | Salary | $20,833.33 | $20,833.33 | | |
| | | Accrued Vacation | $288.48 | $288.48 | | |
| | | Accrued Sick Days | $78.37 | $78.37 | | |
| | | Auto Allowance | $1,250.00 | 750 | | |
| | | Life Insurance | $742.81 | 424.35 | | |
| | | Health Insurance | $341.66 | $341.66 | | |
| | | Sprint PCS Expense | $4.74 | $4.74 | | |
| | | Total | $23,539.19 | | $22,720.93 | |
| 4 | 6/30/01 | Salary | $20,833.33 | $20,833.33 | | |
| | | Accrued Vacation | $288.48 | $288.48 | | |
| | | Accrued Sick Days | $78.37 | $78.37 | | |
| | | Auto Allowance | $1,250.00 | 750 | | |
| | | Life Insurance | $742.64 | 424.35 | | |
| | | Health Insurance | $341.66 | $341.66 | | |
| | | Sprint PCS Expense | $4.74 | $4.74 | | |
| | | Total | $23,539.19 | | $22,720.93 | |
| 5 | 7/31/01 | Health Insurance | $341.66 | $341.66 | | |
| | | Auto Allowance | | 750 | | |
| | | Life Insurance | | 424.35 | | |
| | | | | | $1,516.01 | |
| 6 | 8/31/01 | Health Insurance | $341.66 | $341.66 | | |
| | | Auto Allowance | | 750 | | |
| | | Life Insurance | | 424.35 | | |
| | | | | | $1,516.01 | |
| 7 | 9/30/01 | Health Insurance | $341.66 | $341.66 | | |
| | | Auto Allowance | | 750 | | |
| | | Life Insurance | | 424.35 | | |
| | | | | | $1,516.01 | |
| 8 | 10/31/01 | Health Insurance | $341.66 | $341.66 | | |
| | | Auto Allowance | | 750 | | |
| | | Life Insurance | | 424.35 | | |
| | | | | | $1,516.01 | |
| 9 | 11/30/01 | Health Insurance | $341.66 | $341.66 | | |
| | | Auto Allowance | | 750 | | |
| | | Life Insurance | | 424.35 | | |
| | | | | | $1,516.01 | |
| 10 | 12/31/01 | Health Insurance | $341.66 | $341.66 | | |
| | | Auto Allowance | | 750 | | |
| | | Life Insurance | | 424.35 | | |
| | | | | | $1,516.01 | |
| | | Grand Total | $284,520.90 | | | |
| 11 | 1/31/02 | Auto Allowance | | 750 | | |
| | | Life Insurance | | 424.35 | | |
| | | | | | 1174.35 | |
| 12 | 2/28/02 | Auto Allowance | | 750 | | |
| | | Life Insurance | | 424.35 | | |
| | | | | | 1174.35 | |
| 13 | 3/31/02 | Auto Allowance | | 750 | | |
| | | Life Insurance | | 424.35 | | |
| | | | | | 1174.35 | |
| | | Grand Total | | 284520.31 | | ----> $282,520.31 |